UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTHONY BASILICA, | : | NO. 3:14cv-1806 (JAM) |
| ADMINISTRATOR OF THE ESTATE | : | |
| OF ROBERT BERGESON | : | |
| *plaintiff,* | : | |
| | : | |
| V. | : | |
| | : | |
| PATRICK HAWES, KRISTIN COIT, | : | |
| and the STATE OF CONNECTICUT | : | |
| *defendants.* | : | DECEMBER 22, 2014 |

## MOTION FOR PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 5.2(e), the individual defendants, Patrick Hawes and Kristin Coit (hereinafter "the defendants"), respectfully move this Court for a Protective Order; to wit: that the individual defendants' home addresses, listed on the summonses and returns of service to be filed by the plaintiff in support of personal jurisdiction over the defendants, as well as on any other document upon which said home addresses may appear, be sealed, and that said home addresses be ordered redacted from all documents before they are disclosed to the public or filed in the future, for their personal protection, and for that of their families. Defendants note that counsel for the plaintiff has indicated there is no objection to the granting of this motion.

DEFENDANTS
Patrick Hawes, Kristin Coit and the
State of Connecticut

GEORGE JEPSEN
ATTORNEY GENERAL


By: _____/s/_____
Stephen R. Sarnoski
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, Connecticut  06105
Tel. (860) 808-5450
Federal bar #ct05129
E-mail:  stephen.sarnoski@ct.gov


## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2104, a copy of foregoing notice was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

_____/s/_____
Stephen Sarnoski
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05129
E-Mail:  stephen.sarnoski@ct.gov
Tel.: (860) 808-5450
Fax: (860) 808-5591